PHILLIP A. TALBERT
United States Attorney
JUSTIN GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00151-ADA-BAM |
|---|---|
| Plaintiff, | ORDER TO DISMISS CASE |
| v. | |
| SALVADOR TYRONE PERAZA, | |
| Defendant. | |

Pursuant to the government's request under Federal Rule of Criminal Procedure 48, the Court hereby GRANTS the government's motion and gives the government leave to dismiss the indictment in this matter without prejudice as against defendant SALVADOR TYRONE PERAZA.

IT IS SO ORDERED.

Dated:   November 29, 2022        _____
                                   UNITED STATES DISTRICT JUDGE

1